UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BYRON HARRIS, | Case No. 1:25-cv-2328 |
| Petitioner, | Judge J. Philip Calabrese |
| v. | Magistrate Judge |
| | James E. Grimes, Jr. |
| OHIO DEPARTMENT OF REHABILITATION, et al., | |
| Respondents. | |

**OPINION AND ORDER**

Petitioner Byron Harris filed a petition for a writ of mandamus to enforce a settlement agreement in a related civil case. For the reasons that follow, the Court **DENIES AS MOOT** the mandamus petition and **DISMISSES** this case.

**FACTUAL AND PROCEDURAL BACKGROUND**

Byron Harris filed a petition for writ of mandamus against Defendants. (ECF No. 1.) Mr. Harris indicated that the petition is related to a civil case, Case No. 25-cv-103 (N.D. Ohio). (*Id.*, PageID #2.) After review, the Court confirms that these cases are related. Petitioner seeks an order compelling Defendants to pay a settlement agreement that was entered in the related civil case. (*Id.*, PageID #1–12.)

**ANALYSIS**

A court must screen the pleading of a litigant that it permits to proceed *in forma pauperis*. The Court "shall dismiss the case" if it (i) "is frivolous or malicious,"

(ii) "fails to state a claim on which relief may be granted," or (iii) "seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2)(B).

On February 10, 2026, in the related civil case, the parties filed a stipulated dismissal with prejudice under Rule 41(1)(A)(ii), which is self-executing, pursuant to the terms of their settlement agreement. (ECF No. 45.) The related civil case is resolved; therefore, the mandamus petition is moot, and the Court dismisses this case pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

## CONCLUSION

For the foregoing reasons, the Court **DENIES AS MOOT** Petitioner's application for a writ of mandamus (ECF No. 1) and **DISMISSES** this case.

**SO ORDERED.**

Dated: February 18, 2026

	J. Philip Calabrese
	United States District Judge
	Northern District of Ohio